# VANGUARD WINES, LLC
## Case No: 22-bk-51200

## Schedules of Assets and Liabilities

## Global Notes

The following Schedules of Assets and Liabilities ("Schedules") have been prepared by the Debtor's management and are unaudited. While management of the Debtor has made every reasonable effort to ensure that the Schedules are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in the data contained in the Schedules and inadvertent errors or omissions may exist. To the extent the Debtor discovers additional information that may differ materially from the information set forth in the Schedules, the Debtor may amend, supplement or otherwise modify the Schedules to reflect such changes. Accordingly, the Debtor reserves all rights to amend, supplement or otherwise modify the Schedules as it deems necessary or appropriate.

These Global Notes are incorporated by reference in, and comprise an integral part, of the Schedules and should be referred to in connection with any review.

**Reservation of Rights.** Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to Debtor's chapter 11 case including, but not limited to, any issues involving objections to claims, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor.

**Basis of Presentation.** The Debtor relied on its books and records, its cash management and reconciliation process as well as other related sources of information. The Schedules are unaudited and reflect the Debtor's best effort to report certain financial information. While, when applicable, these Schedules were reconciled to the financial statements per the Debtor's accounting systems, the Debtor neither purports to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are the Schedules intended to fully reconcile to the financial statements.

**Reporting Date.** Unless otherwise noted on specific responses, the Schedules reflect the Debtor's books and records as of the close of business on the Petition Date. October 11, 2022 is considered the first day of the post-petition period.

**Current Values.** The assets and liabilities of the Debtor are shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records. Unless otherwise noted, the carrying values on the Debtor's books, rather than the current market values, of the Debtor's interests in property is reflected in the Schedules. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances and other adjustments.

**Confidentiality.** There may be instances within the Schedules where certain information was left blank or redacted due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The omissions or redactions will be limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing. The Debtor will provide copies of all redacted information to the Office of the U. S. Trustee or the Sub V Trustee upon their request.

**Accuracy.** Although every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement the Schedules as is necessary or appropriate. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements hereunder. Persons or entities trading in or otherwise purchasing, selling or transferring claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared. The Debtor is not liable for and undertakes no responsibility to indicate variations between any information and reports prepared for securities law disclosure purposes or for any evaluations of the Debtor based on this financial information or any other information.

**Excluded Assets and Liabilities.** Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules. Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Debtor's Schedules. Excluded categories of assets and liabilities include, but are not limited to, deferred income, accrued taxes, accrued payroll & benefits, and other miscellaneous accruals not payable as of the petition date. Based on the Debtor's business judgment, other immaterial assets and liabilities may have been excluded.

**Characterization of Liabilities.** The listing of a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," (c) on Schedule E/F as "unsecured," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.

**Fill in this information to identify the case:**

Debtor name    **Vanguard Wines, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **22-51200**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 24, 2022**    X **/s/ Eric Stewart**
                                          Signature of individual signing on behalf of debtor

                                          **Eric Stewart**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Vanguard Wines, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **22-51200**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ 1,381,562.03

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ 1,381,562.03

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 1,732,984.60

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 3,389,507.89

4. Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b

   $ 5,122,492.49

22-51200-amk Doc 51 FILED 10/24/22 ENTERED 10/24/22 17:36:32 Page 5 of 46

Debtor name    **Vanguard Wines, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    **22-51200**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$148.08** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **5177** | **$55,715.07** |
| 3.2. | **CIBC Bank** | **Checking** | **7672** | **$9,878.33** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$65,741.48**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Rent and BWC** | **$2,165.00** |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1. **Prepaid inventory, insurance, licenses and permits, routing software, professional fees and undeposited funds.**                                              $65,936.40

9.     **Total of Part 2.**                                                                              $68,101.40

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          33,986.69       -       1,021.00       = ....       $32,965.69
                                         face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                             $32,965.69

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Wine and Spirits** | | $0.00 | | $1,148,669.43 |
| 22.  **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                                            $1,148,669.43

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ☐ No
 ■ Yes. Book value    14,822.64   Valuation method _____   Current Value   14,822.64

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No. Go to Part 7.
 ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No. Go to Part 8.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See Schedule 41** | **Unknown** | **N/A** | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
 books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
 collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
 Add lines 39 through 42. Copy the total to line 86.      **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ☐ No
 ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No. Go to Part 9.
 ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | |
|---|---|---|---|
| 47.1. | **See Schedule 47** | $0.00 | $66,084.03 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**See Schedule 41** ............ $0.00 .......... $0.00

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $66,084.03 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1103 Bluegrass Pkwy., Suite 430, Louisville, KY 40299** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.2. **1020 West Fifth Avenue, Columbus, Ohio 43212** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.3. **1761 N. Sherman Drive, Suite A, Indianapolis, IN 46218** | **Leasehold Interest** | $0.00 | | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

    | $0.00 |
    |---|

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Yes** | $0.00 | | $0.00 |
| 65. **Goodwill** **Goodwill** | Unknown | | Unknown |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

                                                $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$65,741.48** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$68,101.40** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$32,965.69** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,148,669.43** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$66,084.03** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,381,562.03** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,381,562.03** |

# Schedule 41

| Ohio | | | | | Kentucky | | | Indiana | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Wholesale | | | | | | | |
| 3X3X168 | 49 | $ 100.00 | $ 4,900.00 | | Misc racking | $ | 2,500.00 | Misc Racking | $ | 500.00 |
| 3X1.5X168 | 59 | $ 90.00 | $ 5,310.00 | | Office Furniture | $ | 150.00 | Office Furniture | $ | 100.00 |
| cross bars | 324 | $ 7.98 | $ 2,585.52 | | Fork Lift | $ | 5,000.00 | Pallet Jack | $ | 750.00 |
| Wire grid | 26 | $ 21.83 | $ 567.58 | | **Total KY** | **$** | **7,650.00** | **Total Indy** | | **$ 1,350.00** |
| **Sub Total** | | | **$ 13,363.10** | | | | | | | |
| Cat Fork lift | | | $ 7,500.00 | (retail $9,950) | | | | | | |
| Lobby | | | $ 300.00 | | | | | | | |
| Lab | | | $ 450.00 | | | | | | | |
| Annex | | | $ 300.00 | | | | | | | |
| Operations Office | | | $ 1,000.00 | | | | | | | |
| Acctg Office | | | $ 150.00 | | | | | | | |
| Acct Assistant Office | | | $ 100.00 | | | | | | | |
| Conference Room | | | $ 590.00 | | | | | | | |
| Office 1 | | | $ 125.00 | | | | | | | |
| Office 2 | | | $ 125.00 | | | | | | | |
| Office 3 | | | $ 150.00 | | | | | | | |
| Eric's Office | | | $ 500.00 | | | | | | | |
| **Sub Total** | | | **$ 24,653.10** | | | | | | | |
| Van Equity | | | $ 18,000.00 | | | | | | | |
| **Ohio Total** | | | **$ 42,653.10** | | | | | | | |
| **Kentucky Total** | | | **$ 7,650.00** | | | | | | | |
| **Indiana Total** | | | **$ 1,350.00** | | | | | | | |
| **FA total** | | | **$ 51,653.10** | | | | | | | |

# Schedule 47

Vanguard Wine Vans

| Year | Model | VIN | State | Status | Plate | Transponder | Payment | Finance Co | Due Date | Miles | Balance | Final Payment |
|------|-------|-----|-------|--------|-------|-------------|---------|------------|----------|-------|---------|---------------|
| 2016 | Ford Transit T-250 | 1FTYR1ZM0GKA55759 | OH | Own | PJG6847 | T | 322.83 | FC | 12th | 205,022 | $6,706 | 7/12/2024 |
| 2017 | Ford Transit Connect XL | NM0LS7E70H1311386 | IN | Own | PJY5449 | | 394.70 | FMC | 25th | 233,800 | $6,710 | 1/25/2024 |
| 2017 | Ford Transit T-250 | 1FTYR1ZM6HKB37240 | OH | Own | PJZ3700 | | 511.78 | FMC | 25th | 206,480 | $8,700 | 1/25/2024 |
| 2019 | Ford Transit T-250 | 1FTYR1CN1KKB42202 | IN | Lease | PKY8939 | | 598.89 | FC | 29th | 79,343 | | 4/28/2025 |
| 2019 | Ford Transit T-250 (Tall) | 1FTYR2Cm4KKB41762 | OH | Lease | PKY8954 | | 539.90 | FC | 29th | 181,808 | | 4/28/2025 |
| 2020 | Ford Transit T-250 | 1FTBR1C89LKB29269 | KY | Lease | PMA4965 | T | 630.21 | FC | 21st | 104,809 | | 10/21/2025 |
| 2021 | Ford Transit T-250 | 1FTBR1C88MKA02711 | IN | Lease | PMK4665 | | 757.08 | FC | 15th | 96,617 | | 7/15/2026 |

**Vanguard Wines Licenses**

| State Agency | Permit Number | Date Issued | Expiration Date | Value |
|---|---|---|---|---|
| State of Ohio Liquor License | 9210005-0001 | 10/1/2022 | 10/1/2023 | $2,063.00 |
| Indiana Wholesaler Liquor Permit | WH4930047 | 6/17/2021 | 6/30/2023 | $4,000.00 |
| Indiana Wholesaler Wine Permit | WH4929994 | 6/17/2021 | 6/30/2023 | $4,000.00 |
| Kentucky Alcoholic Beverage Control | 056-WH-253 | 11/1/2021 | 10/31/2022 | $2,060.00 |
| City of Jeffersontown, Kentucky Alcoholic Beverage Control | 18286 | 11/1/2021 | 10/31/2022 | $3,000.00 |

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Crossroads Financing, LLC**<br>Creditor's Name<br>**Jacqueline De La Fuente, CFO**<br>**6001 Broken Sound Parkway NW**<br>**Suite 620**<br>**Boca Raton, FL 33487**<br>Creditor's mailing address<br><br>**jfuente@crossroadsfinancial.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/19/2020**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All assets including accounts, chattel paper inventory, equipment, instruments, general intangibles**<br><br>**Describe the lien**<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$983,290.00** | **$0.00** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ford Motor Credit Company LLC**<br>Creditor's Name<br>**PO Box 62180**<br>**Colorado Springs, CO 80962-2180**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**2019 Ford T250 VIN ****2202**<br><br>**Describe the lien**<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$17,966.70** | **$0.00** |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ford Motor Credit Company LLC** | | **$23,056.98** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 62180
Colorado Springs, CO
80962-2180

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Ford T250 VIN ****1762**

**Describe the lien**
**Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Ford Motor Credit Company LLC** | | **$22,687.56** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 62180
Colorado Springs, CO
80962-2180

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford T250 VIN ****9269**

**Describe the lien**
**Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Ford Motor Credit Company LLC** | | **$31,797.36** | **$0.00** |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

| Creditor's Name | | |
|---|---|---|
| **PO Box 62180** **Colorado Springs, CO** **80962-2180** | **2021 Ford T250 VIN ****2711** | |
| Creditor's mailing address | | |
| | **Describe the lien** | |
| | **Security Interest** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **Last 4 digits of account number** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.6 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** | | |
| | Creditor's Name | **2017 Ford Transit Connect S/Ns 1386 and 7240.** | | |
| | **PO Box 62180** **Colorado Springs, CO** **80962-2180** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **Capital Lease** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | $154,286.00 | $0.00 |
|---|---|---|---|---|
| 2.7 | **Libertas Funding LLC** | **Describe debtor's property that is subject to a lien** | | |
| | Creditor's Name | **Blanket lien on assets including accounts, inventory, equipment, general intangibles** | | |
| | **Attn: Randy Saluck** **411 West Putnam Ave., Ste. 220** **Greenwich, CT 06830** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **Sale of accounts receivable** | | |
| | **randy.saluck@libertasfundi ng.com** | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | **7/6/2022** | ☐ No | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.8 | **US Small Business Admin.** | | | |
| --- | --- | --- | --- | --- |
| | Creditor's Name | Describe debtor's property that is subject to a lien | $499,900.00 | $0.00 |
| | **District Counsel** | **Blanket loan on all assets ncluding inventory,** | | |
| | **1350 Euclid Avenue, Suite 211** | **equipment, accounts and general intangibles** | | |
| | **Cleveland, OH 44115** | | | |

Creditor's mailing address

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**7/15/2020**

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**8100**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,732,984.60**

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Office of the US Attorney**<br>**Attn: Bankruptcy Section**<br>**Carl B. Stokes US Courthouse**<br>**801 West Superior Avenue, Suite 400**<br>**Cleveland, OH 44113-1852** | Line  **2.8** | |
| **W. Timothy Miller, Esq.**<br>**Taft**<br>**425 Walnut Street, Sutie 1800**<br>**Cincinnati, OH 45202-3957** | Line  **2.1** | |

Fill in this information to identify the case:

Debtor name **Vanguard Wines, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **22-51200**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Adega Algueira**<br>**Doade s/n**<br>**Lugo, 27460**<br>**SPAIN**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,171.40** |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**ADT**<br>**1501 Yamato Rd.**<br>**Boca Raton, FL 33431**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**AES Indiana**<br>**1 Monument Circle**<br>**Indianapolis, IN 46206-1595**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**AMC Beverage Logistics**<br>**8 West 40th St., 10th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,424.08** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,198.81 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _3009_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,054.29 |
|---|---|---|---|

**Anthem Blue Cross Blue Shield**
**PO Box 6570**
**Carol Stream, IL 60197-6570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Health Ins.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,200.00 |
|---|---|---|---|

**Antica Terra**
**979 SW Alder St.**
**Dundee, OR 97115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,557.00 |
|---|---|---|---|

**Antiquum Farm**
**25112 Jaeg Road**
**Junction City, OR 97448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,663.00 |
|---|---|---|---|

**Arkenstone Vineyards**
**335 West Lane**
**Angwin, CA 94508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,904.60 |
|---|---|---|---|

**Arnot-Roberts Wines**
**PO Box 1137**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,525.00 |
|---|---|---|---|

**Azienda Agricola di Graziano Pra**
**Via della Fontana 31**
**Monteforte D'Alpone VR 37032**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,976.00 |
|---|---|---|---|

**Azur Wines**
**2238 1st Ave.**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,164.31 |
|---|---|---|---|

**Baron Family Wine**
**245 Jefferson St., Suite C**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Beckham Estate Vineyard**
**30790 SW Heater Rd**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,651.90 |
|---|---|---|---|

**Bedrock Wine Company**
**PO Box 1826**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,378.50 |
|---|---|---|---|

**Bieler Pere et Fils, LLC**
**c/o LaszloLaw**
**2595 Canyon Blvd., Suite 210**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,056.00 |
|---|---|---|---|

**Big Table Farm**
**26851 NW Williams Canyon Road**
**Gaston, OR 97119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,344.25 |
|---|---|---|---|

**Bodegas Arraez**
**Poligono 6, Parcela 386, Paraje Cis**
**La Font de la Figuera, 46630**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,857.80 |
|---|---|---|---|

**Bodegas Bhilar, S.L.**
**Calle Lanciego S/N**
**Elvillar, Alva 01309**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,099.55 |
|---|---|---|---|

**Bodegas Exopto**
**Ctra d'Elvillar**
**Laguardia, 01300**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,920.00 |
|---|---|---|---|

**Bodegas Valdemar**
**Camino Viejo s/n**
**Oyon, 01320**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,789.86 |
|---|---|---|---|

**Bosco del Merlo (Paladin)**
**Via Postumia 12**
**Pravisdomini, PN 33076**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,691.84 |
|---|---|---|---|

**Boundary Breaks**
**1568 Porter Covert Rd.**
**Lodi, NY 14860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,561.94 |
|---|---|---|---|

**Boutinot**
**1450 Kastner Plade**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,520.00 |
|---|---|---|---|

**Brassfield Estate Winery**
**10915 High Valley Road**
**Clearlake Oaks, CA 95423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,159.70 |
|---|---|---|---|

**Brixey & Meyer**
**2991 Newmark Dr.**
**Miamisburg, OH 45342**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,878.94 |
|---|---|---|---|

**Brooks Winery**
**1015 Vaquero Road**
**Pebble Beach, CA 93953**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,298.49 |
|---|---|---|---|

**Cantina Del Taburno**
**Via Sala**
**Foglianise, BN 82030**
**ITALY**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.80 |
|---|---|---|---|

**Cantina Fratelli Carafoli**
**Via Cantina 85**
**Ravarino, MO 41017**
**ITALY**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,670.40 |
|---|---|---|---|

**Cantina Horus**
**Via Curtatone 249**
**Vittoria, RG 97019**
**ITALY**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlo Huber Selection**
**210 Between the Lakes Road**
**Salisbury, CT 06068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,021.03 |
|---|---|---|---|

**Cascina Ca'Rossa**
**Localita Cascina Ca'Rossa 56**
**Canale de'Alba, CN 12043**
**ITALY**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,621.08 |

**Castelefeder**
Via Franz Harpf, 15
Cortina s.s.d. Vino, BZ 39040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,129.00 |

**Cavallotto**
Via Alba -Monforte, 104, Bricco Bos
Castiglione Falletto, CN 12060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,320.45 |

**Champagne Agraparat & Fils**
57 Avenue Jean Jaures
Avize, 51190
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188,997.12 |

**Chateau de la Font du Loup**
Route de Chateauneuf-du-Pape
Courthezon, 84350
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,726.72 |

**Chateau Mourgues Du Gres**
1055 chemin Mourgues du Gres
Beaucaire, 30300
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Citizens Energy Group**
2020 North Meridian St.
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.75 |

**Columbus Creative Design LLC**
4588 Kenny Rd.
Columbus, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,518.75 |
|---|---|---|---|

**Cooper Elliott**
305 W. Nationwide Blvd.
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,769.34 |
|---|---|---|---|

**Corazon Del Sol - Revana Vinyards**
2930 Saint Helena Hwy.
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,873.00 |
|---|---|---|---|

**Crazy Beautiful Wines**
285 West Broadway, Suite 500
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,486.37 |
|---|---|---|---|

**Crocker & Starr**
700 Dowdell Ln.
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,586.40 |
|---|---|---|---|

**Domaine De Pajot**
rte Pajot
Eauze, 32800
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,854.35 |
|---|---|---|---|

**Domaine Gaujal De Saint Bon**
1 rue Ludovic Gaujal
Pinet, 34850
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,427.28 |
|---|---|---|---|

**Domaine Guy Allion**
15 rue du Haut-Perron
Thesee, 41140
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,697.60 |
|---|---|---|---|

**Domaine La Guintrandy**
**1381 chemin de saint roman**
**Visan, 84820**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,732.48 |
|---|---|---|---|

**Domaine La Villaudiere**
**8 Route de Chaudenay**
**Verdigny, 18300**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,888.75 |
|---|---|---|---|

**Edge Utilities**
**Kohr Royer Griffin**
**1480 Dublin Rd**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ehren Jordan Wine Cellars**
**DBA Day Wines**
**3530 Silverado Trail, N.**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,635.25 |
|---|---|---|---|

**Eklektikon**
**PO Box 780578**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,541.88 |
|---|---|---|---|

**Environmental Control**
**7939 South County Road 25A**
**PO Box 877**
**Tipp City, OH 45371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,000.00 |
|---|---|---|---|

**Eric Stewart**
**2422 Kensington Drive**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.50 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**ESA**
**8010 Blue Ash Rd.**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Evesham Wood**
**3795 Wallace Rd NW**
**Salem, OR 97304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,359.98 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Export-Import Services**
**One Bethany Rd.**
**Building 5, Suite 61**
**Hazlet, NJ 07730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,662.93 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Failla Wines**
**3530 Silverado Trail North**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,476.41 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Family & Farmers**
**325 N. Milledge Ave.**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,445.52 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Fattoria Di Petrongnano**
**Via Bottinaccio 116**
**Montelupo Fiorentino, FI 50056**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,786.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Fattoria La Rivolta**
**Contrada Rivolta**
**Torrecuso, BN 82030**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,072.00** |
|---|---|---|---|

**Favia Erickson Winegrowers LLC**
**PO Box 6978**
**Napa, CA 94581**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,420.40** |
|---|---|---|---|

**Felsina S.p.a. Societa Agricola**
**Via del Chianti, 101**
**Castelnuevo Berardenga, SI 53019**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,927.04** |
|---|---|---|---|

**Fine Disregard Wine Co.**
**41 Linnell Ave.**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,480.00** |
|---|---|---|---|

**Free Flow Wines, LLC**
**PO Box 45330**
**San Francisco, CA 94145**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,006.32** |
|---|---|---|---|

**Freire Lobo**
**Rua Natalia Correia**
**Oliveira do Hospital, 3400-087**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,149.00** |
|---|---|---|---|

**Gianfranco Alessandria**
**Localita Manzoni n13**
**Monforte d'Alba, CN 12065**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,239.54** |
|---|---|---|---|

**Giorgio Gori**
**80 River St.**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,239.54 |
|---|---|---|---|

**Giorgio Gori**
80 River St.
Hoboken, NJ 07030

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.01 |
|---|---|---|---|

**Google LLC**
Dept. 33654
PO Box39000
San Francisco, CA 94139

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,204.11 |
|---|---|---|---|

**GP Wine Works LLC**
c/o LaszloLaw
2595 Canyon Blvd., Suite 2100
Boulder, CO 80302

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.38 |
|---|---|---|---|

**GreatAmerican Financial Services**
PO Box 660831
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haden Fig**
3795 Wallace Rd NW
Salem, OR 97304

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,720.00 |
|---|---|---|---|

**Harper Voit**
1043 NE 4th Street
McMinnville, OR 97128

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,089.00 |
|---|---|---|---|

**HB Wine Merchants**
1129 Northern Blvd., Ste. 312
Manhasset, NY 11030

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HelloSign**
**1800 Owens St., Ste. 200**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,606.79** |
|---|---|---|---|

**Hillebrand**
**PO Box 536411**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,899.59** |
|---|---|---|---|

**Hudson Wines**
**5398 Carneros Hwy.**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,080.00** |
|---|---|---|---|

**Hunter Glenn**
**1701 Madrona Ave.**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,505.90** |
|---|---|---|---|

**Ignios Origenes**
**Avenida Villanueave 34**
**La Guancha, 38440**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**IN Wholesasle Liquor Dealers Credit**
**135 N. Pennsylvania St., Ste. 1175**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.69** |
|---|---|---|---|

**Indianapolis Power & Light**
**PO Box 110**
**Indianapolis, IN 46206-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,591.80** |

**Isle Saint Pierre sarl**
**Mas Thibert**
**Arles, 13014**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,687.00** |
|---|---|---|---|

**iTN Wordwide**
**PO Box 931423**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.66** |
|---|---|---|---|

**Jean Orliac**
**Domaine de l'HORTUS**
**Valflaunes, 34270**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson Controls Security Solutions**
**10405 Crosspoint Blvd.**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Utililty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,714.35** |
|---|---|---|---|

**Justin GIRARDIN**
**13 Rue de Narosse**
**Santenay, 21590**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,196.00** |
|---|---|---|---|

**Kamen Wines**
**111B East Napa St.**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,543.60** |
|---|---|---|---|

**Kismet Wine Inc.**
**554 Michael Drive**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|------|--|--|--|

**3.89**

Nonpriority creditor's name and mailing address
**Kongsgaard Wines**
**4375 Atlas Peak Rd.**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

**3.90**

Nonpriority creditor's name and mailing address
**La Caudrina**
**Via Ville Bera 10**
**Castiglione Tinella, CN 12053**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,152.28**

---

**3.91**

Nonpriority creditor's name and mailing address
**Lagier Meredith Wines**
**PO Box 3167**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,268.00**

---

**3.92**

Nonpriority creditor's name and mailing address
**Lail Vineyards**
**PO Box 249**
**Rutherford, CA 94573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,966.00**

---

**3.93**

Nonpriority creditor's name and mailing address
**Lang & Reed Wine Company**
**PO Box 662**
**Saint Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,428.63**

---

**3.94**

Nonpriority creditor's name and mailing address
**Lape Mansfied Nakasian & Gibson LLC**
**9980 Brewster Lane, Ste. 150**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,875.00**

---

**3.95**

Nonpriority creditor's name and mailing address
**Lasting Impressions**
**5080 Sinclair Rd.**
**Columbus, OH 43229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,370.78**

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$58,243.70** |
|---|---|---|---|

**Latta Wines**
**3933 1st Avenue South**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$8,153.85** |
|---|---|---|---|

**Le Domaine D'Henri**
**Route d'Auxerre**
**Chablis, 89800**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$499.93** |
|---|---|---|---|

**LG&E**
**PO Box 25211**
**Lehigh Valley, PA 18002-5211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$16,140.00** |
|---|---|---|---|

**Lingua Franca**
**9675 Hopewell Rd. NW**
**Salem, OR 97303-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$750.00** |
|---|---|---|---|

**Long on Life LLC**
**4510 Kenny Rd.**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$19,272.00** |
|---|---|---|---|

**Maitre De Chai LLC**
**2323 B 4th Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,276.14** |
|---|---|---|---|

**Martha Stoumen Wines**
**5230 McFarlane Rd.**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanguard Wines, LLC | Case number (if known) | 22-51200 |
|--------|---------------------|------------------------|----------|

Name

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,943.60**

**Mas D'En Gil**
**Finca Mas d'en Gil, s/n, TP-7101, k**
**Bellmunt Del Prioat, 43738**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,289.50**

**Matchvino**
**335 Essex St.**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,600.04**

**Matteo Correggia**
**Via Santo Stefano Roero, 124**
**Canale, CN 12043**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,383.73**

**Mauro Veglio**
**Frazione Annunziata-Cascina Nuova,**
**La Morra, CN 12064**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,175.37**

**McPrice Myers**
**PO Box 3798**
**Paso Robles, CA 93447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,353.45**

**MHW, Ltd./Whanau**
**2607 Royal View Drive**
**Oakland, MI 48363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,654.00**

**Michael Sullberg Wines**
**22871 S. Reid Rd.**
**Estacada, OR 97023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.52 |
|---|---|---|---|
| | **Monks Copy Shop, Inc.**<br>**47 East Gay Street**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Copy Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,600.00 |
|---|---|---|---|
| | **O'Shaughnessy Winery**<br>**PO Box 923**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.66 |
|---|---|---|---|
| | **Ohio Exerminating Co.**<br>**5220 Trabue Rd., Suite A**<br>**Columbus, OH 43228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.83 |
|---|---|---|---|
| | **Osborn & Son Trucking**<br>**PO Box 2135**<br>**Fond Du Lac, WI 54936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.83 |
|---|---|---|---|
| | **Osborn & Son Trucking**<br>**PO Box 2135**<br>**Fond Du Lac, WI 54936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,948.00 |
|---|---|---|---|
| | **Paradigm Winery**<br>**1277 Dwyer Rd.**<br>**Oakville, CA 94562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,816.00 |
|---|---|---|---|
| | **Pares Balta**<br>**Masia Can Balta S/N**<br>**Pacs del Penedes, 08796**<br>**SPAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,727.51 |

**Pazo Do Mar**
**Estrada Ourense-Castrelo de Miño 12**
**Toen, 32940**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,900.00 |

**Pence Ranch**
**1909 W. Highway 246**
**Buellton, CA 93427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,052.67 |

**Peter Franus Wine Company**
**PO Box 10575**
**Napa, CA 94581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,096.60 |

**Platinetti Guido**
**Via Taule, 15**
**Sizzano, NO 28070**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,948.00 |

**Pott Wines**
**1849 Pine St.**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,190.36 |

**Pour Management LLC**
**1731 Arroyo Sierra Circle**
**Santa Rosa, CA 95405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,742.00 |

**Premier Wine Group, LLC**
**135 Third Street, Route 100**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.53** |
|---|---|---|---|

**Principal Life Insurance Company**
PO Box 10333
Des Moines, IA 50306-0333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,064.00** |
|---|---|---|---|

**Purlieu**
POBox 5689
Napa, CA 94581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.50** |
|---|---|---|---|

**Quest Diagnostics**
PO Box 740705
Atlanta, GA 30374-0709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Drug Screen__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,904.61** |
|---|---|---|---|

**R. Stuart & Co. Winery**
845 NE 5th St., Suite 100
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,257.69** |
|---|---|---|---|

**Rare Wine Co.**
280 Valleny Dr.
Brisbane, CA 94005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.70** |
|---|---|---|---|

**Ray's Trash Service, Inc.**
Drawer I
Clayton, IN 46118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Remix Wines**
PO Box 2373
Yountville, CA 94599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

22-51200-amk    Doc 51    FILED 10/24/22    ENTERED 10/24/22 17:36:32    Page 37 of 46

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,761.26** |
|---|---|---|---|
| | **Revana Vineyards**<br>**2930 Saint Helena Hwy.**<br>**Saint Helena, CA 94574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,138.60** |
|---|---|---|---|
| | **Rio Maggio**<br>**Contrada Vallone , 41**<br>**Montegranaro, AP 63014**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,346.71** |
|---|---|---|---|
| | **Rooted Selections**<br>**13305 Cobblestone Curve Rd.**<br>**Oklahoma City, OK 73142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rumpke of Ohio, Inc.**<br>**819 Island Rd.**<br>**Circleville, OH 43113-9594** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,826.17** |
|---|---|---|---|
| | **Saintsbury**<br>**1500 Los Carneros Ave.**<br>**Napa, CA 94559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,372.37** |
|---|---|---|---|
| | **Sandro Fay**<br>**Via Pila Caseli, 1**<br>**Teglio, SO 23036**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,910.34** |
|---|---|---|---|
| | **Scev Vadin Plateau**<br>**12 Rue de la Cooperative**<br>**Cumieres, 51480**<br>**FRANCE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,734.00** |
|---|---|---|---|

**Scribe Winery**
**2100 Denmark Street**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,340.00** |
|---|---|---|---|

**Selections De LaVina**
**119 Ingraham St., #400**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,824.95** |
|---|---|---|---|

**Selective Insurance Co. of America**
**POB 371468**
**Pittsburgh, PA 15250-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Commercial Liabililty Ins. Premium**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.36** |
|---|---|---|---|

**Spectrum**
**PO Box 6030**
**Carol Stream, IL 60197-6030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.67** |
|---|---|---|---|

**Spectrum (KY)**
**PO Box 1060**
**Carol Stream, IL 60132-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109,290.69** |
|---|---|---|---|

**The Craft Spirits Cooperative**
**PO Box 232385**
**Encinitas, CA 92023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,087.00** |
|---|---|---|---|

**The Favret Company**
**1296 Dublin Rd.**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$393.99** |
|---|---|---|---|

**The Greentree Group**
**1360 Technology Court, Suite 100**
**Dayton, OH 45430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$165,513.14** |
|---|---|---|---|

**The Hobo Wine Company**
**2129 Grahn Drive**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,687.56** |
|---|---|---|---|

**The Wonderland Project**
**2100 Denmark Street**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,599.30** |
|---|---|---|---|

**Tzangas Plakas Mannos Ltd.**
**200 Market Avenue North, Suite 300**
**Canton, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$70,767.08** |
|---|---|---|---|

**US Wine Transport**
**PO Box 9202**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$152,009.00** |
|---|---|---|---|

**USA Wine West/Allamand**
**3030 Bridgeway, Ste. 127**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,728.00** |
|---|---|---|---|

**USA Wine West/Orchard Lane**
**3030 Bridgeway, Ste. 127**
**Oroville, CA 95965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,023.74 |
|---|---|---|---|

**Valckenberg**
**820 E. Terra Cotta Ave.,Ste. 112**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,018.60 |
|---|---|---|---|

**Valdespino**
**Carretera Nacional IV Km. 640 CP**
**Jerez de la Frontera, 11408**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.10 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 16810**
**Newark, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phones**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,333.99 |
|---|---|---|---|

**Vignerons De Nature**
**Les Sagnes**
**Grospierres, 07120**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,885.00 |
|---|---|---|---|

**Vini Franchetti**
**Grospierres, 07120**
**Sarteano, SI 53047**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,907.00 |
|---|---|---|---|

**Vintage 59**
**2800 Jenifer St. NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,420.48 |
|---|---|---|---|

**Wade Cellars**
**1300 First Street, Suite 464**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,973.96 |

**Welch Packaging Goup, Inc.**
**PO Box 856421**
**Minneapolis, MN 55485-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,583.02 |

**Wells Fargo Equipment Finance Inc.**
**PO Box 858178**
**Minneapolis, MN 55483-8178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NetSuite ERP System**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,084.68 |

**Wholesale Beer & Wine Assoc. of Ohi**
**37 W. Broad Street**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Wine & Spirits Wholesalers of KY**
**906 Lily Creek Rd., Suite 102**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Dues**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001** | Line **3.116**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bryan Dardis, Esq.**<br>**Meyers, Roman, Friedberg & Lewis**<br>**28601 ChagrinBlvd., Ste. 600**<br>**Beachwood, OH 44122** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cedars Business Services**<br>**5230 Las Virgenes Rd., Suite 210**<br>**Calabasas, CA 91302** | Line **3.155**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Christopher Haas, Esq.**<br>**Squire Patton Boggs (US) LLP**<br>**41 South High Street, Ste 2000**<br>**Columbus, OH 43215** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.5 | **Ernest V. Thomas III, Esq.** **Thomas & Thomas Attys. at Law** **2323 Park Ave.** **Cincinnati, OH 45206** | Line **3.150** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Ernest V. Thomas III, Esq.** **Thomas & Thomas Attys. at Law** **2323 Park Ave.** **Cincinnati, OH 45206** | Line **3.151** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Euler Hermes North America Ins. Co.** **800 Red Brook Blvd.** **Owings Mills, MD 21117** | Line **3.84** ☐ Not listed. Explain ____ | _ |
| 4.8 | **John Trinidad, Esq.** **Dickenson, Peatman & Fogarty** **1500 First Street, Ste. 200** **Napa, CA 94559** | Line **3.15** ☐ Not listed. Explain ____ | _ |
| 4.9 | **Joseph Cannon, Esq.** **The Leviton Law Firm, Ltd.** **One Pierce Place, Suite 725 W** **Itasca, IL 60143** | Line **3.74** ☐ Not listed. Explain ____ | _ |
| 4.10 | **Kevin L. String, Esq.** **Kevin L. String Co. LPA** **5005 Rockside Rd., Ste. 600-204** **Independence, OH 44131** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Michael Holman, Esq.** **Holman Teague Roche Anglin, LLP** **1455 First Street, Suite 217** **Napa, CA 94559** | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Sean D. Malloy, Esq.** **McDonald Hopkins** **600 Superior Ave. East, Ste. 2100** **Cleveland, OH 44114** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.13 | **Theodore E. Laszlo Jr., Esq.** **Laszlolaw** **2595 Canyon Blvd., Suite 210** **Boulder, CO 80302** | Line **3.123** ☐ Not listed. Explain ____ | _ |
| 4.14 | **Theodore E. Laszlo Jr., Esq.** **Laszlolaw** **2595 Canyon Blvd., Suite 210** **Boulder, CO 80302** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.15 | **Theodore E. Laszlo Jr., Esq.** **Laszlolaw** **2595 Canyon Blvd., Suite 210** **Boulder, CO 80302** | Line **3.70** ☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,389,507.89 |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $            **3,389,507.89**

22-51200-amk    Doc 51    FILED 10/24/22    ENTERED 10/24/22 17:36:32    Page 44 of 46

Debtor name **Vanguard Wines, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **22-51200**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Office Lease** | |
| State the term remaining | **1020 West Fifth Ave, LLC c/o John W Royer, Managing Partner 1480 Dublin Road Columbus, OH 43215** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Indiana Warehouse Lease** | |
| State the term remaining | **Brookside Owner LLC c/o Colliers International 2550 West Tyvola Road, Ste. 300 Charlotte, NC 28217** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Printer leases.** | |
| State the term remaining | **De Lage Landen Financial Services, PO Box 41602 Philadelphia, PA 19101-1602** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Kentucky Office and Warehouse Lease** | |
| State the term remaining | **Syman Morales -KAS Commonwealth LLC SF Partners LLC 6303 Blue Lagoon Drive, Suite 350 Miami, FL 33126** |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Vanguard Wines, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **22-51200**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric Stewart** | **2422 Kensington Drive Columbus, OH 43221** | **Libertas Funding LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Eric Stewart** | **2422 Kensington Drive Columbus, OH 43221** | **Crossroads Financing, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Eric Stewart** | **2422 Kensington Drive Columbus, OH 43221** | **American Express** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.4 | **Eric Stewart** | **2422 Kensington Drive Columbus, OH 43221** | **1020 West Fifth Ave, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |